IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTIAN R. AGUIRRE-HODGE,

                Plaintiff,

v.

CHARLES LARSON,
RANDALL HEPP, CATHY JESS,
MARK SCHOMISCH, and
CANDACE WHITMAN,

                Defendants.

OPINION and ORDER

18-cv-995-jdp

---

Pro se plaintiff Christian Aguirre-Hodge says that staff at Fox Lake Correctional Institution, where he was previously incarcerated, ignored his medical needs. While briefing was pending on defendants' motion for partial summary judgment on exhaustion grounds, I stayed this case to recruit counsel for Aguirre-Hodge because of his ongoing vision problems. Dkt. 59.

Aguirre-Hodge has requested an update on the court's progress. Dkt. 26. During the year that this case has been stayed, the court has contacted members of the Western District of Wisconsin Bar Association, members of the Seventh Circuit Bar Association, and some of the largest law firms practicing in this court who have agreed to regularly taken on representation of pro se parties like Aguirre-Hodge. These efforts have not succeeded so far.

For the time being, the court will continue to seek counsel to represent Aguirre-Hodge. But in the interest of moving this case forward, I have reviewed defendants' brief in support of their exhaustion motion, and I conclude that the motion can be resolved without counsel. Because it appears that Aguirre-Hodge's vision problems prevent him from producing a brief in support of his position, I'll hold a hearing to allow him to respond to defendants' brief. He doesn't need to worry about conducting

any legal research; I will determine what law should apply to the facts. He just needs to be prepared to answer factual questions regarding the grievances he filed. I will direct the clerk of court to schedule the hearing, which I will conduct by Zoom to avoid the risk of COVID-19 transmission.

Aguirre-Hodge attaches a medical record to his letter suggesting that although he has received some treatment for his vision problems, they are not fully resolved. Dkt. 26-1. To determine how best to move forward with this case, I will direct Aguirre-Hodge to submit an update on his vision problems. In the update, Aguirre-Hodge should summarize the treatment he's received since his last update, describe his current reading and writing capabilities, state whether he expects these capabilities to improve in the near future, and provide any other relevant information about his vision problems.

ORDER

IT IS ORDERED that:

1. The clerk of court is directed to schedule a hearing on defendants' motion for partial summary judgment, Dkt. 31.

2. Plaintiff Christian R. Aguirre-Hodge must provide an update on his vision problems as described in this order by March 16, 2021.

Entered February 23, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge