IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTIAN R.
AGUIRRE-HODGE,

                Plaintiff,

  v.                                OPINION and ORDER

CHARLES LARSON,
RANDALL HEPP, CATHY        18-cv-995-jdp
JESS, MARK SCHOMISCH,
and CANDACE WHITMAN,

                Defendants.

---

Pro se plaintiff Christian Aguirre-Hodge says that staff at Fox Lake Correctional Institution, where he was previously incarcerated, ignored his

medical needs. On April 1, 2021, I held a hearing on defendants' motion for partial summary judgment, Dkt. 31, in which they contended that Aguirre-Hodge failed to exhaust his administrative remedies against defendants Randall Hepp, Cathy Jess, Mark Schomisch, and Candace Whitman. During the hearing, Aguirre-Hodge agreed that he had not exhausted his remedies for his claims against Hepp, Jess, Schomisch, and Whitman. So I will grant defendants' motion and dismiss these defendants from the case.

I had previously stayed the case to recruit counsel for Aguirre-Hodge due to his ongoing vision

problems. Dkt. 59. But as I explained during the hearing, I have been unable to do so. Aguirre-Hodge will continue with the case as a pro se litigant and I will lift the stay.

But to accommodate Aguirre-Hodge's vision problems, I will publish this order and all future orders in 20-point type. I will direct defendants to use 20-point type in their submissions as well. Going forward, if either side believes that a particular motion may be resolved with a hearing in lieu of briefing from Aguirre-Hodge, they may request a hearing on the motion.

Magistrate Judge Stephen Crocker will hold a conference to set a new schedule for the remainder of the case.

ORDER

IT IS ORDERED that:

1. Defendants' motion for partial summary judgment, Dkt. 31, is GRANTED. Defendants Randall Hepp, Cathy Jess, Mark Schomisch, and Candace Whitman are DISMISSED from the case.

2. The stay of this case, Dkt. 59, is LIFTED. The clerk of court is directed to set a telephone

scheduling conference with Magistrate Judge Stephen Crocker.

Entered April 2, 2021.

>BY THE COURT:
>
>/s/
>
>_____
>JAMES D. PETERSON
>District Judge