# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIAN AGUIRRE-HODGE,

    Plaintiff,

v.

CHARLES LARSON,

    Defendant.

OPINION and ORDER

18-cv-995-jdp

Two matters are before the court. First, plaintiff Christian Aguirre-Hodge asks to proceed in forma pauperis on appeal. Dkt. 106. (Aguirre-Hodge filed an identical motion with the court of appeals, Dkt.

112-1, which was transferred to this court.) Aguirre-Hodge's trust fund account statement shows that he is unable to prepay the full appellate filing fee, Dkt. 107, so I will grant the motion. Under § 1915(b)(1), plaintiff must make an initial partial payment of the appellate fee, which the court has calculated as $258.70. Dkt. 107-1. Aguirre-Hodge may have until November 7, 2022, to make the initial partial payment by check or money order. If necessary, he may arrange with prison authorities to pay some or all of the amount from his release account. If he fails to make the required payment by November 7, 2022, the appeal may be dismissed.

Aguirre-Hodge must pay the remainder of the $505 appellate filing fee in monthly installments pursuant to 28 U.S.C. § 1915(b)(2).

Second, Aguirre-Hodge filed a "motion for transcripts," Dkt. 108, and a transcript request form asking for transcripts of the summary judgment proceedings in this case, Dkt. 109. The court did not hold any hearings on the summary judgment motions, so I take Aguirre-Hodge to request copies of the parties' summary judgment submissions. As a courtesy, I will provide Aguirre-Hodge with copies of the parties' summary judgment briefs and the court's decision.

# ORDER

IT IS ORDERED that:

1. Plaintiff's motions to proceed *in forma pauperis* on appeal, Dkt. 106; Dkt. 112, are GRANTED.

2. Plaintiff's motion for transcripts, Dkt. 108, is GRANTED. The court will provide plaintiff with courtesy copies of the parties' summary judgment briefs and the court's decision on the motion.

Entered October 17, 2022.

                              BY THE COURT:

                              /s/
                              JAMES D. PETERSON
                              District Judge